UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

      - against -

AMY LYNN LLOYD,

                    Defendant.
------------------------------------------------------------X

**ORDER**

**06 CV 6247 (RJD) (CLP)**

DEARIE, Chief Judge.

This Court has reviewed the Report & Recommendation of Magistrate Judge Cheryl L. Pollak, dated January 24, 2008. No objections have been filed.

The Report and Recommendation is adopted in its entirety. Judgment should therefore be entered against the defendant as indicated in the Report and Recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       February 13, 2008

s/RJD

_____
RAYMOND J. DEARIE
United States District Judge